HANSON BRIDGETT LLP
RAYMOND H. SHEEN, SBN 194598
rsheen@hansonbridgett.com
CANDICE P. SHIH, SBN 294251
cshih@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:     (415) 777-3200
Facsimile:     (415) 541-9366

Attorneys for Plaintiff
AMERICAN PACIFIC
MORTGAGE CORPORATION

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| AMERICAN PACIFIC MORTGAGE CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> ASPEN SPECIALTY INSURANCE COMPANY and ASPEN SPECIALTY INSURANCE MANAGEMENT COMPANY, <br><br> Defendants. | Case No. 2:17-CV-02065-TLN-AC <br><br> **STIPULATION PURSUANT TO F.R.C.P. 15(a)(2); ORDER** <br><br> Action Filed:  August 22, 2017 |

13892025.2

1        IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff American

2   Pacific Mortgage Corporation on the one hand, and Defendants Aspen Specialty Insurance

3   Company and Aspen Specialty Insurance Management Company on the other hand, that Plaintiff

4   dismisses without prejudice all its claims against the second-named defendant, Defendant Aspen

5   Specialty Insurance Management Company; and that Plaintiff may file a First Amended

6   Complaint. **The Amended Complaint is to be filed with the Court within ten (10) days of this**

7   **signed Order**.   Plaintiff's claims against the first-named defendant, Aspen Specialty Insurance

8   Company, are not affected by this Stipulation.

9        IT IS FURTHER AGREED that the deadline for Defendant Aspen Specialty Insurance

10  Company to answer or otherwise respond to the First Amended Complaint is 10 days from the

11  date on which Plaintiff files the First Amended Complaint.

12        **IT IS SO STIPULATED.**

13  DATED:  November 10, 2017                    HANSON BRIDGETT LLP

14

15                                      By:        */s/ Raymond H. Sheen*
                                            RAYMOND H. SHEEN
16                                          Attorneys for Plaintiff
                                            AMERICAN PACIFIC
17                                          MORTGAGE CORPORATION

18

19  DATED:  November 10, 2017                    KAUFMAN DOLOWICH & VOLUCK, LLP

20

21                                      By:        */s/ Stefan R. Dandelles*
                                            STEFAN R. DANDELLES
22                                          Attorneys for Defendants
                                            ASPEN SPECIALTY INSURANCE COMPANY
23                                          and ASPEN SPECIALTY INSURANCE
                                            MANAGEMENT COMPANY

24

25

26

27

28

STIPULATION PURSUANT TO F.R.C.P. 15(a)(2); ORDER

13892025.2

1     **IT IS SO ORDERED.**

2

3  Dated: November 15, 2017

4

5

6                                Troy L. Nunley

7                                United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION PURSUANT TO F.R.C.P. 15(a)(2); ORDER

13892025.2