**KAUFMAN DOLOWICH & VOLUCK, LLP**
Stefan R. Dandelles (IL ARDC #6244438), *pro hac vice*
sdandelles@kdvlaw.com
135 S. LaSalle Street, Suite 2100
Chicago, Illinois 60603
Telephone: (312) 646-6742
Facsimile: (312) 759-0402

Attorneys for Defendant
ASPEN SPECIALTY INSURANCE
COMPANY

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| AMERICAN PACIFIC MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>ASPEN SPECIALTY INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:17-CV-02065-TLN-AC<br><br>ORDER ON STIPULATION TO EXTEND DISCOVERY DATES; ORDER<br><br>**MODIFIED FROM ORIGINAL STIPULATION**<br><br>Action Transferred to this Court: October 5, 2017 |

**ORDER**

Having read and considered the parties' Stipulation to Extend Discovery Dates, IT IS HEREBY ORDERED THAT:

1. The deadline for completion of all discovery, with the exception of expert discovery, shall be continued to January 17, 2019.

2. The deadline for disclosure of expert witnesses shall be continued to March 18, 2019.

3. The deadline for dispositive motions to be heard shall be continued to **July 25, 2019**.

-1-

14856770.2

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: September 20, 2018

_____
Troy L. Nunley
United States District Judge