**KAUFMAN DOLOWICH & VOLUCK, LLP**
Stefan R. Dandelles (IL ARDC #6244438), *pro hac vice*
sdandelles@kdvlaw.com
135 S. LaSalle Street, Suite 2100
Chicago, Illinois 60603
Telephone:   (312) 646-6742
Facsimile:   (312) 759-0402

Attorneys for Defendant
ASPEN SPECIALTY INSURANCE
COMPANY

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| AMERICAN PACIFIC MORTGAGE CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ASPEN SPECIALTY INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No.  2:17-CV-02065-TLN-AC<br><br>**STIPULATION TO EXTEND DISCOVERY DATES; ORDER**<br><br>Action Transferred to this Court: October 5, 2017 |

**AMERICAN PACIFIC MORTGAGE CORPORATION AND ASPEN SPECIALTY INSURANCE COMPANY'S STIPULATION TO EXTEND DISCOVERY DATES AND MODIFY PRETRIAL SCHEDULING ORDER**

NOW COMES Plaintiff, American Pacific Mortgage Corporation ("American Pacific") and Defendant, Aspen Specialty Insurance Company ("Aspen"), by and through their respective counsel, and hereby submit the following stipulation to extend discovery dates and request modification of the Court's scheduling order pursuant to Rule 16 of the Federal Rules of Civil Procedure.

-1-

## Recitals

1.  On January 19, 2018, this Court's Scheduling Order set the following dates for the completion of discovery, including expert discovery:

    | | |
    |---|---|
    | All discovery, with the exception of expert discovery: | September 14, 2018 |
    | Disclosure of expert witnesses: | November 15, 2018 |
    | Dispositive motions heard: | March 21, 2019 |

2.  The parties have worked diligently to complete discovery, including participating in written discovery, serving subpoenas for documents on third parties, and attempting to schedule firm dates for depositions. From February 23, 2018 until May 8, 2018, Aspen made three (3) productions totaling hundreds of pages of documents as part of its rolling production of documents in response to American Pacific's discovery requests. From June 22, 2018 until September 11, 2018, American Pacific made six (6) productions totaling tens of thousands of pages of documents as part of its rolling production of documents in response to Aspen's discovery requests. Aspen has also issued two (2) subpoenas to third parties and received written responses along with documents. On August 16, 2018, American Pacific responded to Aspen's First Set of Requests for Admission. On August 15, 2018 and September 5, 2018, American Pacific issued a Second and Third Set of Requests for Production to Aspen, respectively. On September 5, 2018, American Pacific also issued its First Set of Special Interrogatories (consisting of a single interrogatory) to Aspen. The parties are also in the process of scheduling the depositions of party deponents and certain third parties, which will likely take place starting in early October, and into November and likely December.

3.  Defendant anticipates the need to take at least 10 depositions in this case, and Plaintiff plans to take five depositions at this time.

4. Due to the number of documents produced in this case by parties and non-parties, certain outstanding and unresolved discovery issues that may require this Court's intervention, and scheduling issues with deponents and counsel, depositions cannot be set until late-September or October at the earliest. Such non-expert depositions are almost certain to extend into December 2018.

5. The parties have met and conferred and agree to the proposed discovery schedule set forth herein.

## **Stipulation**

Accordingly, based upon the foregoing, the parties hereby STIPULATE that:

1. The deadline for completion of all discovery, with the exception of expert discovery, shall be continued to January 17, 2019.

2. The deadline for disclosure of expert witnesses shall be continued to March 18, 2019.

3. The deadline for dispositive motions to be heard shall be continued to July 18, 2019.

IT IS SO STIPULATED.

Dated: September 14, 2018         HANSON BRIDGETT LLP

By: */s/ Raymond H. Sheen*_____
Raymond H. Sheen

Attorneys for Plaintiff
AMERICAN PACIFIC MORTGAGE
CORPORATION

Dated: September 14, 2018         KAUFMAN DOLOWICH & VOLUCK, LLP

By: /s/ Stefan R. Dandelles
Stefan R. Dandelles

Attorneys for Defendant
ASPEN SPECIALTY INSURANCE COMPANY

## **ORDER**

Having read and considered the parties' Stipulation to Extend Discovery Dates, IT IS HEREBY ORDERED THAT:

1. The deadline for completion of all discovery, with the exception of expert discovery, shall be continued to January 17, 2019.
2. The deadline for disclosure of expert witnesses shall be continued to March 18, 2019.
3. The deadline for dispositive motions to be heard shall be continued to **July 25, 2019**.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: October 15, 2018

Troy L. Nunley
United States District Judge