**KAUFMAN DOLOWICH & VOLUCK, LLP**
Stefan R. Dandelles (IL ARDC #6244438), *pro hac vice*
sdandelles@kdvlaw.com
135 S. LaSalle Street, Suite 2100
Chicago, Illinois 60603
Telephone: (312) 646-6742
Facsimile: (312) 759-0402

Attorneys for Defendant
ASPEN SPECIALTY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| AMERICAN PACIFIC MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>ASPEN SPECIALTY INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:17-CV-02065-TLN-AC<br><br>**STIPULATION TO EXTEND EXPERT WITNESS DISCLOSURE AND DISPOSITIVE MOTION DEADLINES; ORDER**<br><br>Action Transferred to this Court: October 5, 2017 |

**AMERICAN PACIFIC MORTGAGE CORPORATION AND ASPEN SPECIALTY INSURANCE COMPANY'S STIPULATION TO EXTEND EXPERT WITNESS DISCLOSURE AND DISPOSITIVE MOTION DEADLINES AND MODIFY PRETRIAL SCHEDULING ORDER**

NOW COME Plaintiff, American Pacific Mortgage Corporation ("American Pacific") and Defendant, Aspen Specialty Insurance Company ("Aspen"), by and through their respective counsel, and hereby submit the following stipulation to extend expert witness disclosure and dispositive motion deadlines, and to request modification of the Court's scheduling order pursuant to Rule 16 of the Federal Rules of Civil Procedure.

-1-

15331719.2

### Recitals

1. On October 17, 2018, this Court's Scheduling Order set the following deadlines:

   | | |
   |---|---|
   | All discovery, with the exception of expert discovery: | January 17, 2019 |
   | Disclosure of expert witnesses/reports: | March 18, 2019 |
   | Dispositive motions heard: | July 25, 2019 |

2. The parties have worked diligently to complete written and oral discovery, including the production and review of thousands of pages of documents produced collectively by the parties and various third parties. The parties have taken and concluded sixteen (16) depositions.

3. Finally, the parties have initiated settlement discussions and have agreed to mediate this matter. The parties are presently vetting potential mediators and dates of availability. In this respect, the parties seek to extend the deadlines concerning disclosure of expert witnesses and dispositive motions to alleviate costs and other resources associated with same in order to focus on possible resolution.

15331719.2

**Stipulation**

Accordingly, based upon the foregoing, the parties hereby STIPULATE that:

1. The deadline for disclosure of expert witnesses and reports shall be continued until June 24, 2019.

2. The deadline for completion of all expert discovery shall be set at August 23, 2019.

3. The deadline for dispositive motions to be heard shall be continued until October 31, 2019.

IT IS SO STIPULATED.

Dated: March 15, 2019                    HANSON BRIDGETT LLP

                                         By: */s/ Raymond H. Sheen* _____
                                         Raymond H. Sheen

                                         Attorneys for Plaintiff
                                         AMERICAN PACIFIC MORTGAGE
                                         CORPORATION

Dated:  March 15, 2019                   KAUFMAN DOLOWICH & VOLUCK, LLP

                                         By:  */s/ Stefan R. Dandelles*_____
                                         Stefan R. Dandelles

                                         Attorneys for Defendant
                                         ASPEN SPECIALTY INSURANCE
                                         COMPANY

## **ORDER**

Having read and considered the parties' Stipulation to Extend Expert Witness Disclosure and Dispositive Motion Deadlines, IT IS HEREBY ORDERED THAT:

1. The deadline for disclosure of expert witnesses and reports shall be continued until June 24, 2019.

4. The deadline for completion of all expert discovery shall be set at August 23, 2019.

2. The deadline for dispositive motions to be heard shall be continued until October 31, 2019.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: March 28, 2019

_____
Troy L. Nunley
United States District Judge

-4-

15331719.2

## CERTIFICATE OF SERVICE

I, Samantha Wilson, a non-attorney, hereby certify that on March 15, 2019, I caused a copy of the foregoing document to be served upon the below listed counsel of record by electronically filing with the Clerk of the Court using the CM/ECF system.

Patrick Loi
Raymond Hans Sheen (pro hac vice)
Hanson Bridgett LLP
425 Market Street
26th Floor
San Francisco, CA 94105
ploi@hansonbridgett.com
rsheen@hansonbridgett.com
*Attorneys for American Pacific Mortgage Corporation*

DATED: March 15, 2019            By:   */s/ Samantha Wilson*

4841-2502-2603, v. 1